UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-61386-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

CGC INDUSTRIES INC., a Florida Profit
Corporation d/b/a CITY GLASS, ROBERT
J. PANDOS AND FRANCES PANDOS, as
Trustees under The Pandos Family Living
Trust,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE

THIS CAUSE is before the Court upon Plaintiff's Request for Judicial Notice of Facts Pursuant to Rule 201 of the Federal Rules of Evidence, filed on March 24, 2023. [DE 49] (the "Motion").  The Court has carefully considered the Motion, notes that no response to the Motion has been filed and the time for doing so pursuant to Local Rule 7.1(c)(1) has passed, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Motion [DE 90] is **GRANTED**; and,

    2.    The Court to hereby takes judicial notice of the following:

        (a) Permit Details and Exhibits of Permit No. P15-103976 for Property at 200 North Dixie Highway, Hollywood, FL 33020 [DE 49-1];

        (b) Permit Details and Exhibits of Permit No. P15-103970 for Property at 200 North Dixie Highway, Hollywood, FL 33020 [DE 49-2]; and

     (c) Permit Details and Exhibits of Permit No. B23-101224 for Property at 200 North Dixie Highway, Hollywood, FL 33020 [DE 49-3].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record