UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD MICHAEL CAPLAN,                    CASE NO.: 0:22-cv-61386-WPD

    Plaintiff,

v.

CGC INDUSTRIES INC., a Florida Profit
Corporation d/b/a CITY GLASS, ROBERT
J. PANDOS AND FRANCES PANDOS, as
Trustees under The Pandos Family Living
Trust,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, CGC INDUSTRIES INC., d/b/a CITY GLASS, ROBERT J. PANDOS AND FRANCES PANDOS, as Trustees under The Pandos Family Living Trust, hereby notify this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

DATED this **20th** day of **April,** 2023.

        Respectfully Submitted,

        LAW OFFICES OF NOLAN KLEIN, P.A.
        *Attorneys for Defendants*
        5550 Glades Road, Suite 500
        Boca Raton, FL 33431
        PH: (954) 745-0588

        By: */s/ Nolan Klein*
        NOLAN KLEIN, ESQ.
        Florida Bar No. 647977
        klein@nklegal.com
        amy@nklegal.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **20th** day of **April,** 2023.

By: _/s/ Nolan Klein_
NOLAN KLEIN, ESQ.
Florida Bar No. 647977

## SERVICE LIST:

**RONALD E. STERN, ESQ.**
Florida Bar No. 10089
**RONNETTE GLEIZER, ESQ.**
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, FL 33009
Ph:     (954) 639-7016
Fax:    (954) 639-7198
ronsternlaw@gmail.com
advocacylawfirmpa@gmail.com
advocacylaw.paralegal@gmail.com
*Attorneys for Plaintiff*