**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:22-cv-61386-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

CGC INDUSTRIES INC., a Florida Profit Corporation d/b/a CITY GLASS, ROBERT J. PANDOS and FRANCES PANDOS, as Trustees under The Pandos Family Living Trust,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, CGC INDUSTRIES INC. d/b/a CITY GLASS and ROBERT J. PANDOS and FRANCES PANDOS, as Trustees under The Pandos Family Living Trust (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement, and other than enforcement of said settlement agreement, agree not to file any additional motions in this matter. The Court retains jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. This stipulation is contingent on the Court retaining jurisdiction to enforce the terms of the Parties' Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Nolan Klein*
Nolan Klein, Esq.
Florida Bar No. 647977
LAW OFFICES OF NOLAN KLEIN, P.A.
633 S. Andrews Ave.
Ste. 500
Fort Lauderdale, FL 33301
Telephone: 954-745-0588
Facsimile: (877) 253-1691
Email: klein@nklegal.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61386-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

CGC INDUSTRIES INC., a Florida Profit Corporation d/b/a CITY GLASS, ROBERT J. PANDOS and FRANCES PANDOS, as Trustees under The Pandos Family Living Trust

    Defendant(s).
_____/

**<u>CERTIFICATE OF SERVICE</u>**

    I HEREBY CERTIFY that on May 30, 2023, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>*Ronald E. Stern*</u>
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff